**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Bruce B. Carnicelli<br>&<br>Kimberly A. Carnicelli,<br>aka Kimberly A. Merlino,<br>aka Kimberly A. Friend<br><br>Debtors | CHAPTER 7<br><br>BKY. NO. 17-10177 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of BANK OF AMERICA and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
Attorney for Movant/Applicant